IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-1012 |
| | ) | |
| v. | ) | |
| | ) | |
| YVONNE McKENNA, Individually | ) | Judge Lancaster |
| and in her capacity as an | ) | Magistrate Judge Caiazza |
| Allegheny County Pennsylvania | ) | |
| Probation Officer; JOHN KIRBY | ) | |
| LYNCH, Individually and in his | ) | |
| capacity as an Allegheny County | ) | |
| Probation Officer; ALLEGHENY | ) | |
| COUNTY CHIEF EXECUTIVE, DANIEL | ) | |
| ONORATO; ALLEGHENY COUNTY | ) | |
| SHERIFF'S DEPARTMENT; SHERIFF | ) | |
| PETER DeFAZIO; CHIEF DEPUTY | ) | |
| SHERIFF SKOANIK; ALLEGHENY | ) | |
| COUNTY JAIL WARDEN, FRED | ) | |
| ROSEMEYER; DEPUTY WARDEN OF | ) | |
| OPERATIONS, WILLIAM EMERICK; | ) | |
| ASSISTANT DEPUTY WARDEN OF | ) | |
| ADMINISTRATION, EDWARD D. | ) | |
| URBAN; ASSISTANT DEPUTY WARDEN | ) | |
| OF INMATE SERVICES, EUGENE M. | ) | |
| GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

On July 15, 2004, this case was referred to United

States Magistrate Judge Francis X. Caiazza for pretrial

proceedings in accordance with the Magistrates Act, 28 U.S.C. §§

636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local

Rules for Magistrates.

On April 27, 2006 the magistrate judge issued a Report and

Recommendation (Doc. 25)recommending that the District Court

grant the Defendants' Motion for Summary Judgment (Doc. 19).

Service of the Report and Recommendation was made on the parties.  No objections were filed. After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this ___17___ day of May, 2006, IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment (Doc. 19) is **GRANTED**.  The Report and Recommendation of Magistrate Judge Caiazza dated April 11, 2006 is hereby adopted as the opinion of the court.

Gary L. Lancaster
United States District Court Judge

cc:

Francis X. Caiazza
U.S. Magistrate Judge

Francis M. Moore, Esq.
Mansmann & Moore
220 Grant Street
Pittsburgh, PA 15219

Michael H. Wojcik, Esq.
Caroline Liebenguth, Esq.
Allegheny County Law Department
300 Fort Pitt Commons Bldg.
445 Fort Pitt Blvd.
Pittsburgh PA 115219