IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE DAVIS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1012 |
| ) | |
| YVONNE McKENNA, ET AL., ) | |
|     Defendant. ) | |

<u>JUDGMENT ORDER</u>

AND NOW, this 18th day of May, 2006, IT IS HEREBY ORDERED that judgment is entered in favor of defendants, Yvonne McKenna; John Kirby Lynch; Allegheny County Chief Executive, Daniel Onorato; Allegheny County Sheriff's Department; Sheriff Peter DeFazio; Chief Deputy Sheriff Skosnik; Allegheny County Jail Warden, Fred Rosemeyer; Executive Deputy Warden of Operations, James Gregg; Deputy Warden on Inmate Services, Gregory E. Grogan; Deputy Warden of Operations, William Emerick; Assistant Deputy Warden of Administration, Edward D. Urban; Assistant Deputy Warden of Inmate Services, Eugene M. Garcia, and against plaintiff, Janice Davis.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record